# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANGANATH SARASWATI,<br><br>                                Plaintiff,<br>vs.<br>COUNTY OF SAN DIEGO and DOES 1-20,<br><br>                              Defendant. | CASE NO. 07cv1415 WQH (POR)<br>**ORDER** |

HAYES, Judge:

      The matter before the Court is the Motion to File First Amended Complaint (Doc. # 20) filed by Plaintiff Ranganath Saraswati.

      On August 3, 2007, Plaintiff initiated this action by filing the complaint (Doc. # 1). On January 30, 2009, Plaintiff filed the Motion to File First Amended Complaint ("Motion to Amend"). Plaintiff requests leave to amend the complaint in order to "add[] factual allegations relating to" a hearing before the County's Health and Human Services Administration, which took place on October 8, 2008. *Mot. to Amend,* p. 2. Plaintiff states that "[n]o new defendants or causes of action are added - simply additional factual allegations are pled based on acts that occurred since the time of the filing of the original Complaint and which relate directly to Plaintiff's original claims." *Id.* Defendants have not filed an opposition to the Motion to Amend.

1     Rule 15 of the Federal Rules of Civil Procedure mandates that leave to amend "be freely given when justice so requires." Fed. R. Civ. P. 15(a). This policy is applied with "extraordinary liberality." *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990). Once an answer to the complaint has been filed, as is the case here, courts may deny leave to amend where the proposed amendment would be futile, where it is sought in bad faith, where it will create undue delay, or where "undue prejudice to the opposing party will result." *Howey v. United States*, 481 F.2d 1187, 1190 (9th Cir. 1973); *see also Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992); *Saul v. United States*, 928 F.2d 829, 843 (9th Cir. 1991).

    Having reviewed the Motion and the supporting documents, and having received no opposition from Defendants, the Court **GRANTS** the Motion to File First Amended Complaint (Doc. # 20) filed by Plaintiff Ranganath Saraswati. Plaintiff shall file a First Amended Complaint within thirty (30) days of the date of this Order.

DATED: March 2, 2009

                                                    */s/ William Q. Hayes*
                                           **WILLIAM Q. HAYES**
                                           United States District Judge